UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62289-CIV-DIMITROULEAS

JOSHUA ELYASHIV,

    Plaintiff,

vs.

GULF COAST CAPITAL SOLUTIONS, LLC.

    Defendant.

## ORDER DISMISSING CASE

THIS MATTER is before the Court *sua sponte*. On March 6, 2025, this Court issued an Order to Show Cause for Failure to Comply with Rule 4(m) of the Federal Rules of Civil Procedure. *See* [DE 9]. Therein, the Court stated, "on or before **March 13, 2025**, Plaintiff shall either perfect service upon Defendant Gulf Coast Capital Solutions, LLC, show that service has already been made, or show good cause why service has not been perfected. Failure to timely respond will result in immediate dismissal of Defendant Gulf Coast Capital Solutions, LLC without prejudice and the Court closing this case." [DE 9].

However, as of the date of this Order, there remains no indication that Defendants have been served.

Accordingly, it is hereby **ORDERED** as follows:

1. The above captioned case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with Rule 4(m).

2. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 14th day of March, 2025.

*[signature: William P. Dimitrouleas]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record